[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-10458
Non-Argument Calendar

_____

D.C. Docket No. 8:19-cr-00461-VMC-CPT-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILMER JACINTO TOMALA-DE LA CRUZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(August 25, 2020)

Before MARTIN, ROSENBAUM, and BRANCH, Circuit Judges.

PER CURIAM:

Victor Martinez, appointed counsel for Wilmer Tomala-De La Cruz in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Tomala-De La Cruz's convictions and sentences are **AFFIRMED**.